IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH RICE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JO ANNE B. BARNHART** | : | **NO. 05-2584** |

**O R D E R**

**AND NOW**, this 14th day of July, 2006, after independent consideration of the parties' cross-motions for summary judgment, plaintiff's reply brief, and review of the Report and Recommendation of the Magistrate Judge and objections thereto, it is hereby **ORDERED** that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Motion for Summary Judgment is DENIED;

3. The Commissioner's Motion for Summary Judgment is GRANTED; and

4. Judgment is entered in favor of defendant, Commissioner of the Social Security Administration, and against plaintiff, Joseph Rice.

BY THE COURT:

_____
**Berle M. Schiller, J.**